1  KAREN P. HEWITT
   United States Attorney
2  JOANNA M. CURTIS
   Special Assistant United States Attorney
3  California State Bar No. 203151
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  619 557-6563 (Telephone)/619 235-2737 (Fax)
   Email: joanna.curtis@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        )
11                                   )   Criminal Case No. 08CR1517-W
                  Plaintiff,         )   Civil Case No. 08CV1341-W
12                                   )
                                     )   NOTICE OF APPEARANCE
13        v.                         )
                                     )
14 JORDAN DIAZ PEREZ,                )
                                     )
15                                   )
                  Defendant.         )
16 _____    )

17 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.
19 I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.
20 There are no other government attorneys (who are admitted to practice in this court or authorized to
21 practice under CivLR 83.3.c.3-4) associated with this case who should be listed as lead counsel for
22 CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case.
23        Please feel free to call me if you have any questions about this notice.
24        DATED: September 12, 2008.
25
                                              KAREN P. HEWITT
26                                            United States Attorney

27                                            /s/Joanna M. Curtis
                                              JOANNA M. CURTIS
28                                            Special Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JORDAN DIAZ PEREZ,<br><br>　　　　　　　　Defendant. | Criminal Case No. 08CR1517-W<br>Civil Case No. 08CV1341-W<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

　　　I, Joanna M. Curtis, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

　　　I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated September 12, 2008, and this Certificate of Service, dated September 12, 2008, on the following parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies them.

　　　1.　　None.

　　　I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

　　　1.　　JORDAN DIAZ PEREZ, [*Pro Se* Defendant]
　　　　　　BOP Reg. No. 73092-079
　　　　　　P.O. Box 6900
　　　　　　Florence, AZ 85232

　　　I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on September 12, 2008.

　　　　　　　　　　　　　　　　　　　　　　　/s/Joanna M. Curtis
　　　　　　　　　　　　　　　　　　　　　　　JOANNA M. CURTIS
　　　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

Certificate of Service　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　08CV1341-W
Jordan Diaz Perez v. United States of America　　　　　　　　　　　　　　　　08CR1517-W

2